IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARL REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0765 |
| ) | Judge Trauger |
| YOUNG MEN'S CHRISTIAN ASSN. USA, ) | Magistrate Judge Bryant |
| YMCA, YMCA OF MIDDLE TENNESSEE, ) | |
| RUTHERFORD COUNTY YMCA, ) | |
| RICK CANADA, in the official capacity as ) | |
| Executive Director, Rutherford County YMCA, ) | |
| and RUTHERFORD COUNTY SHERIFF'S ) | |
| DEPARTMENT, individually and severally, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 22, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that defendant Young Men's Christian Assn. USA's Motion For Summary Judgment (Docket No. 15) be **GRANTED**. (Docket No. 55) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendant Young Men's Christian Assn. USA (Docket No. 15) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 15th day of August 2008.

_____
ALETA A. TRAUGER
U.S. District Judge